UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL BANKEN, | CASE NO. C24-06071-KKE |
| Plaintiff(s), | ORDER TERMINATING PENDING MOTIONS |
| v. | |
| CHRISTINE E. WORMUTH, | |
| Defendant(s). | |

Since May 15, 2025, Plaintiff has filed four motions in this case, requesting a variety of forms of relief: two that concern discovery (Dkt. Nos. 57, 58), one that seeks to "reinstate" claims in the prior administrative process (Dkt. No. 59), and one for summary judgment (Dkt. No. 69). Plaintiff has also filed multiple "notices" that appear to request additional relief. *See* Dkt. Nos. 55, 56, 64, 68. Defendant has opposed these motions as premature and in violation of numerous Federal Civil Rules and this Court's Local Rules. Defendant has also requested that Plaintiff be prohibited from filing additional motions without satisfying the conferral requirement in Federal Rule of Civil Procedure 37(d)(1)(B) and Local Rules W.D. Wash. LCR 37.

The Court agrees Plaintiff's motions are premature, as a case schedule has not yet been entered. The Court further agrees that Plaintiff must adhere to the conferral requirements in the Federal and Local Rules before filing any discovery-related motions.

ORDER TERMINATING PENDING MOTIONS - 1

The clerk is thus directed to TERMINATE the pending motions (Dkt. Nos. 55, 57, 58, 59). Further, the Court DIRECTS the courtroom deputy to issue the Court's Order Regarding Initial Disclosures and Joint Status Report.

After the parties meet and file a joint status report as detailed in that order, the Court will issue a case schedule. After that time, Plaintiff may refile any of the terminated motions consistent with the Federal Civil Rules and the Local Rules of this Court. Plaintiff is advised that the Court may strike any new motions filed before the case schedule is issued, consistent with the guidance in this order.

Dated this 3rd day of July, 2025.

Kymberly K. Evanson
United States District Judge