UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL BANKEN,

               Plaintiff(s),

   v.

DANIEL P. DRISCOLL,

               Defendant(s).

CASE NO. C24-06071-KKE

ORDER STRIKING MOTION FOR
SUMMARY JUDGMENT

This matter comes before the Court on Plaintiff Daniel Banken's most recent motion for summary judgment. Dkt. No. 112. In response to a prior early summary judgment motion filed by the Plaintiff, the Court ruled that Defendant is entitled to a fair opportunity to develop the record, and that Plaintiff may move for summary judgment after the factual record is complete, if appropriate. Dkt. No. 54 at 4. Plaintiff then long resisted participating in discovery, and again moved for summary judgment. Dkt. No. 112. Defendant filed a motion to compel, (Dkt. No. 108), which the Court granted. Dkt. No. 114. According to Defendant, Plaintiff has now finally provided discovery responses and will sit for his deposition on February 13, 2026. Dkt. No. 115 at 2.

Consistent with the Court's prior order, the Court finds that Plaintiff's motion is premature, as Defendant has not had a fair opportunity to develop the record. Plaintiff will have the opportunity to move for summary judgment when discovery is complete. The Court thus

ORDER STRIKING MOTION FOR SUMMARY JUDGMENT - 1

STRIKES Banken's motion (Dkt. No. 112), subject to re-filing and full briefing after the close of discovery.

Dated this 9th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER STRIKING MOTION FOR SUMMARY JUDGMENT - 2